IN THE SUPERIOR COURT OF COMMON LAW, REPUBLIC OF OHIO

David A. Avery
Claimant at Law

v.

Court of Record
COVER SHEET
REFILED 12/26/19

John D. Wooten Jr.
Cheryl A. Blackburn et al,

19-1809

(ORIGINAL WRIT OF ERROR)
LIST OF SPECIFICALLY NAMED RESPONDENTS

John D. Wooten Jr. - 200 Red Boiling Springs Rd. Lafayette, Tennessee 37083
Cheryl A. Blackburn - 408 Second Ave. N. Nashville, Tennessee 37201
Russell Washburn - 140 Macon Way Hartsville, Tennessee 37074
Victor S. Johnson III - 222 2nd Ave N. Nashville, Tennessee 37201
John Kerry - 2201 C. St. NW Washington, DC 20520
Tre Hargett - 312 Rosa L. Parks Ave. Nashville, Tennessee 37243
Richard R. Rooker - 1 Public Square, Room 303 Nashville, Tennessee 37201
Thomas Brothers - 1 Public Square Nashville, Tennessee 37201
Brody Kane - 115 N. Castle Heights Lebanon, Tennessee 37088
Ray Russell - 315 E. Main St. Hartsville, Tennessee 37074
David Sexton - 320 6th Ave N. Nashville, Tennessee 37243
Randy Linville - 210 Broadway Hartsville, Tennessee 37074
Torrey Samson - 309 A. Stewarts Ferry Pike Nashville, Tennessee 37202
Damon Hinniger - 5501 Virginia Way Brentwood, Tennessee 37027
Robert N. Hibbett - 309 A. Stewarts Ferry Pike Nashville, Tennessee 37214
Paula Merrifield - 502 Deaderick St. Nashville, Tennessee 37243
Larissa Dills - 502 Deaderick St. Nashville, Tennessee 37243
Laural A. Hemenway - 40 Burton Hills Blvd. Nashville, Tennessee 37215
Dawn Kilpatrick - 502 Deaderick St. Nashville, Tennessee 37243
Kim Taylor - 303 E. Main St. Hartsville, Tennessee 37074
Howard Gentry - 408 2nd Ave. N. Nashville, Tennessee 37201
Rita Crowder - 328 Broadway Hartsville, Tennessee 37074
Keith Throckmorton - 800 Broadway U.S. Ct. House Nashville, Tennessee 37203
Mari Smith - ACLU P.O. Box 120160 Nashville, Tennessee 37212
Brenda Wynn - 700 2nd Ave. S. Suite 101 Nashville, Tennessee 37219
William Haslam/Bill Lee - STATE CAPITOL 600 Charlotte Ave Nashville, Tennessee 37243
Deborah T. Tate - 511 Union St. Suite 600 Nashville, Tennessee 37219
Tony Parker - 320 6th Ave N. Nashville, Tennessee 37243
Herbert Slatery - 222 2nd Ave N. Suite 500 Nashville, Tennessee 37201
Maria M. Salas - 1 Public Square Suite 308 Nashville, Tennessee 37201
Jakie West - 210 Broadway Rm 5 Hartsville, Tennessee 37074
Natasha Metcalf - 5501 Virginia Way Brentwood, Tennessee 37027
Betty Lou Taylor - 204 Court St. Hartsville, Tennessee 37074
Mark Cate - 5501 Virginia Way Brentwood, Tennessee 37027
Julie McPeak - 500 James Robertson Pkwy. Nashville, Tennessee 37243

FILED
DEC 30 2019
CLERK OF COURT
SUPREME COURT OF OHIO

RECEIVED
DEC 30 2019
CLERK OF COURT
SUPREME COURT OF OHIO

Tom Thompson Jr. - P.O. Box 178 Hartsville, Tennessee 37074
Timothy Discenza - P.O. Box 50356 Nashville, Tennessee 37205
Dee David Gay - 117 W. Smith St. Gallatin, Tennessee 37066
Shelly Jones - 303 E. Main St. Hartsville, Tennessee 37074
James Hivner - 401 7th Ave. N. Nashville, Tennessee 37219
Stephanie Renee Reevers - 401 7th Ave. N. Nashville, Tennessee 37219
Joanne Newsome - Sup. Ct. Bldg. P.O. Box 444 Knoxville, Tennessee 37915
Lisa Marsh - Sup. Ct. Bldg. 401 7th Ave. N. Nashville, Tennessee 37219
~~Nancy Acred - Sup. Ct Bldg. P.O. Box 909 Jackson, Tennessee~~
John P. Brown - Davidson County Crim. Ct., Rm 300 Nashville, Tennessee 37201
Aaron Holt - Ben West Bldg, Ct. Room II Nashville, Tennessee 37202
William Higgins - Davidson County Crim. Ct. Nashville, Tennessee 37201
Howard Taradash - Davidson County Crim. Ct. Nashville, Tennessee 37201
Sandy L. Garrett - 10 Cadillac Drive, Suite 200 Brentwood, Tennessee 37027
Stephen J. Cristopher -
Alan D. Johnson -
Travis M. Lampley -
Kevin D. Balkwill -
Eileen Burkhalter Smith - (same addresses)
Beverly P. Sharpe -
Marcy Shelton -
Laura L. Chastain -
Gerald D. Morgan -
A. Russell Willis -
Carmen Romero - U.S. Dept. Justice Washington, DC 20530
Louise W. Kelton - U.S. Marshals Office Nashville, Tennessee
Daniel Newburn, MPD# 00007495 - Metro Police Dept. Nashville, Tennessee 37201
Shaun Hardin, MPD# 0010221
Danny Orr, MPD# 00002414
Brian Doersom, MPD# 00009586
EriKA Snow, MPD# 00010225 (SAME addresses)
Thomas E. Simpkins, MPD# 00001602
Billy Morris, MPD# 00006922
Gary Sneed, MPD# 00008942
Brandon Dozier, MPD# 00007488
David C. Torrence - Davidson County Crim Ct. Nashville, Tennessee 37201
Lisa Cooke - 140 Macon Way Hartsville, Tennessee 37074
A. Gregory - 140 Macon Way Hartsville, Tennessee 37074
J. Daniel Breen - U.S. Dist. Ct. Bldg. Western Dist. Memphis, Tennessee 38102
John D. Dreyzehner - 710 James Robertson Pky. 5th FL Nashville, Tennessee 37243
Stephen T. Mnuchin - U.S. Dept. of Treasury Washington, DC 20220
Adam S. Barber - Davidson County Probate Ct. Nashville, Tennessee 37201
Monica M. MacKie - 150 4th Ave. N. Suite 1050 Nashville, Tennessee 37219
Dustin Ryals - 140 Macon Way Hartsville, Tennessee 37074
Linda Kelley - 140 Macon Way Hartsville, Tennessee 37074
Sgt. Ford - 5249 Highway 67 W. Mountain City, Tennessee 37683
W. Hampton -
Georgia Crowell - (same addresses)

David Dobbins - 5249 Highway 67 W. Mountain City, Tennessee 37683
Mike Phillips
Lisa Childress
Greg Ward
Shannon Brown
Melissa A. Gwyn
Elizabeth Stout

(Same addresses)

Marsha Blackburn - 10 W. Martin L. King Blvd. 6th FL Chattanooga, Tennessee 37402
Chris Craft - Criminal Court Div. 8 Memphis, Tennessee 38102
Sherry Mofield - 303 E. Main St. Rm 1 Hartsville, Tennessee 37074
Charles K. Smith - 303 E. Main St Hartsville, Tennessee 37074
Daron Hall - Davidson County Sheriff's Dept Nashville, Tennessee 37219
Stephen Chambers - Trousdale County Mayor's office 210 Broadway Rm 5 Hartsville, Tennessee 37074
Howard D. Homesley - Dept. of Health Andrew Johnson Twr. 5th FL. Nashville, Tennessee 37243
Esther D. Groh
R. Benton McDonough

(SAME addesses)

David A. Avery

**PURSUANT TO LOC.R. 9.02(B) OF THE FRANKLIN COUNTY COURT OF COMMON PLEAS, GENERAL DIVISION**—If a party initiating a civil action believes that he/she is unable to pay cost, an affidavit of indigency must be filed and the following financial disclosure made:

## FINANCIAL DISCLOSURE

1. Employment and salary for the past 12 months:

Employers name(s) and address(es):

I have been unemployed for the past 12 months. I have not received any income during this time.

Total Salary Paid to you in the past 12 months: $ 0

2. Public Assistance received by you in the past twelve months:
$ 0

3. Total assets, excluding family furnishings:
$ 0

4. Bank balances: $ 0

5. Number of Dependents: 0

Attach a copy of your federal income tax return from the previous year. If you did not file a federal income tax return during the previous year, state the reason why:

I did not file for federal income tax for the previous year because I was unemployed and had no income.

## AFFIDAVIT OF INDIGENCY

I hereby certify that the information I have provided on this financial disclosure form is true to the best of my knowledge, and I further attest that I am without sufficient funds to pay the fees required for filing a civil action in the Franklin County Court of Common Pleas.

David Avery
AFFIANT'S SIGNATURE

140 Macon Way
ADDRESS

Hartsville, Tennessee 37074
CITY, STATE, ZIP CODE

NOTARY PUBLIC/Subscribed and duly sworn before me according to law by the above named applicant this 2 day of Dec, 20 19.

NOTARY SIGNATURE

[Notary seal: SOPHIA R... STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF TROUSDALE, My Comm. Expires March ...023]

RECEIVED
DEC 16 2019
CLERK OF COURT
SUPREME COURT OF OHIO

RECEIVED
DEC 30 2019
CLERK OF COURT
SUPREME COURT OF OHIO

# IN THE SUPERIOR COURT OF COMMON LAW, REPUBLIC OF OHIO

David A. Avery
**Claimant at Law**

v.

John D. Wooten Jr.
Cheryl A. Blackburn et al,
**Respondents**

**Court of Record**
Attn: Chief Ministerial Officer
Filed on November 30, 2019

## ORIGINAL WRIT OF ERROR

Before this tribunal, sui juris and moving to the course of Common Law, I, the Claimant at Law, exercising my natural Native American sovereign birthrights hereby issues this Original Writ of Error invoking the State and Federal Bill of Rights in rejection to any presumed statutory jurisdiction. An Affidavit of Error-in-Fact is attached to solidify my claims.

## SWORN STATEMENT

As the Claimant at Law, I hereby affirm and confirm that this action arises from an erroneous dismissal entered on 4/29/19 **case #2018-cv-4690** by John D. Wooten Jr. subsequent to **case #2006-C-2451** erroneously administrated by Cheryl A. Blackburn, ministerial officers acting under color of law in direct violation of corporate policy and their binding official oath which resulted in sustaining the known unlawful deprivation of my life, liberty and property with absolutely no valid claims against me. **I DO NOT CONSENT TO THIS UNLAWFUL IMPRISONMENT**. This dispute warrants an extraordinary remedy because normal administrative processes are inadequate to secure true justice in equity and would prejudice my rights. In a good faith effort, this action serves to afford an equal opportunity for all Respondents to timely rebut my claims against them. All parties are rightfully entitled to **DUE PROCESS** and **EQUAL PROTECTION** of the law, and all cases demand such elements and requires a detached, neutral and impartial decision maker.

## ORDER OF ADJUDICATION

It is hereby **ADJUDGED** and **DECREED** on this 30th day of November 2019 that this adjudicatory body be clothed with authority to execute any and all necessary **DUE PROCESSES** of Common Law concerning this matter, and is hereby **DIRECTED** to **first**, immediately relieve the Claimant at Law from the false imprisonment he now endures (at 140 Macon Way Unit BA-229 Hartsville, Tennessee) by deploying the county Sheriffs or the U.S. Marshals; **second**, issue and serve process on all parties; **third**, set a date for a **Trial by Law** within **fourteen (14)** business days from the date inscribed on this draft; **fourth**, rescind all charging instruments, sworn affidavits, bonds, mutual contracts etc. personally executed against the Claimant at Law; and fifth, transfer the equitable and just compensation for the torts imposed upon the Claimant at Law in the negotiable sum of **$333,333,000; i.e. Three Hundred Thirty Three Million Three Hundred Thirty Three Thousand Dollars USD** to wherever the Claimant at Law directs.

IT IS ORDERED, SO SHALL IT BE DONE.

RECEIVED
DEC 03 2019
CLERK OF COURT
SUPREME COURT OF OHIO

David A. Avery
CLAIMANT AT LAW/AFFIANT

RECEIVED
DEC 16 2019
CLERK OF COURT

## AFFIDAVIT OF ERROR-IN-FACT SUPPORTING ORIGINAL WRIT

Under penalty of perjury, I, the Claimant at Law hereby affirm and confirm that this affidavit is the absolute truth firmly based on indisputable facts, and shall be deemed such to all parties and any other "persons" that may see this instrument (unless it be truthfully rebutted). This affidavit is initiated with clean hands and is not meant to deceive or mislead, but only to reveal the truth concerning this urgent matter:

**1.** I have never knowingly in any way, shape, form or fashion abandoned, renounced, surrendered, or waived any of my natural Native American sovereign birthrights for any reason whatsoever and I do retain the same.

**2.** I am not liable for, nor am I under any mutual domestic, private, or international contracts with any of the Respondents, nor am I now, or have ever been the res or subject matter of any commercial paper construed, signed and executed by the Respondents.

**3.** I am now falsely imprisoned (subjected to peonage), oppressed and unlawfully deprived of my life, liberty and property (under color of law) with absolutely no valid claims against me resulting from the commercial dispute between the **STATE OF TENNESSEE v. DAVID ANTHONY AVERY (corporate fictions) Acct, #2006-C-2451** erroneously administrated by Cheryl A. Blackburn; documentation is mentioned only for the purpose of entering on the record that it does exist.

**4.** I was never a party to the commercial dispute between the **STATE OF TENNESSEE v. DAVID ANTHONY AVERY (corporate fictions) Acct. #2006-C-2451.** However, I was erroneously misidentified as a party to said case. The Respondents deceptively alleged to have valid claims against me and have conspired to arbitrarily deprive me of my life, liberty and property.

**5.** None of the specifically named Respondents have any valid claims against me that warrants their malicious unlawful actions in tort against me. The Federal Tort Claims Act removes immunity from actions arising in tort.

**6.** All parties have been consciously made aware of this urgent and life-threatening situation via several notices and sworn affidavits (all of which are undisputed) and have failed to act (administer justice) in my behalf thereby willfully conspiring to sustain the injuries unlawfully imposed upon me. The notices and sworn affidavits are mentioned only to enter on the record that they do exist.

**7.** False imprisonment is classified as a tort under the Common Law, and also a crime; **Kroeger v. Passmore, 36 Mont. 504, 93 Pac. 805, 807 (1908)** and **McBath v. Campbell, 12 S.W. 2D 118, 122 (Tex 1929).**

**8.** There is no such thing as power of inherent sovereignty in the government of the United States. In this country sovereignty resides in the People (not corporate fictions), and Congress can exercise no power which they have not, by their Constitution/By Laws entrusted to it; **Julliard v. Greenman, 110 U.S. 421.**

**9.** A corporation (court) is an artificial person which can never be the sole arbitrator of justice, because an artificial person/corporation is a legal fiction, therefore it has no rights.

**10.** None of the Respondents rightfully have jurisdiction over me, neither did the courts disclose on

any record in what jurisdiction it was operating. Jurisdiction can be challenged at any time. And the law provides that once jurisdiction has been challenged, it cannot be assumed. It must be proven; **Main v. Thiboutot, 100 S. Ct. 2502 (1908)**.

**11.** Jurisdiction was challenged in **Acct. #2006-C-2451** erroneously administrated by Cheryl A. Blackburn with no responses in opposition meaning that the court was without jurisdiction. If a court is without jurisdiction, its judgments and orders are regarded as nullities. They are not voidable, but simply void and form no bar to a recovery sought, even prior to a reversal in opposition to them. All "persons" executing such judgments are considered trespassers; **Elliott v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)**; documentation is mentioned only for the purpose of entering on the record that it does exist.

**12.** On 4/29/19 John D. Wooten Jr. erroneously entered an order of dismissal in the **Civil Acct. #2018-cv-4690** with absolutely no responsive pleadings in opposition to the claims/suit since the day it was filed on 3/1/18 from the Respondents or their attorneys; see court docket sheet attached.

**13.** I have attempted on several occasions to exhaust all possible remedies for relief in the inferior courts of Tennessee and other law enforcement agencies to no avail via bias, discrimination, abuse of office, conflicts of interests, deliberate indifference and official misconduct.

**14.** I am now suffering irreparable injuries because all of my efforts seeking resolve/relief have been blatantly dishonored by the Respondents, even after notification of this urgent and life-threatening situation.

**15.** I am not an item of commerce and is therefore not subjected to regulation by Congressional and Legislative enactments.

**16.** "Biblical Law at 'Common Law' supersedes all **[man-made]** laws, and Christianity is custom, custom is law." **Robin v. Hardaway, 1790.**

**17.** None of the Respondents have provided any of their written delegation of authority to administrate **DAVID ANTHONY AVERY (trade-name)** as an item of commerce. The Respondents are in violation of Tenn. Policy #47-25-1105 and are now bound by the binding contractual obligations associated with the unauthorized use of said trade-name; mention of **legal notice** is only for the purpose of entering on the record that it does exist.

**18.** For the record, each and every specifically named Respondent shall be jointly and severally liable for their portion of participation in the conspiracy to the known unlawful deprivation of my life, liberty and property and shall stand in a **Trial by Law** within **fourteen (14) business** days from the date inscribed on this affidavit, or negotiate an immediate settlement.

**19.** In order to reasonably and sufficiently resolve this matter at hand, it is warranted that a **RESCISSION** of any and all charging instruments, sworn affidavits, security bonds, mutual contracts etc. personally executed against me by the Respondents is necessary for the purpose of properly identifying the true owners of liability as it regards to the execution of said commercial paper.

**20.** All parties agree and consent that failure of any Respondent to dispute/rebut my claims against them within the **fourteen (14)** business day grace period constitutes guilt by acquiescence and a warrant for your arrest shall issue immediately. No man is so high that he is above the law.

Claimant at Law further saith not.

David A. Avery

Date: 11/12/2019 9:52:55AM
User: kim

## Trousdale County Circuit Court
### Rule Docket Report



| Rule Entry Date | Case Number | Case Style | Page Number | Rule Entry | Associated Party |
|---|---|---|---|---|---|
| 05/09/2019 09:34AM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Motion to Vacate Order and Enter the Default Judgment in Favor of the Injured Party | |
| 04/29/2019 02:28PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Case Status Change: Closed | |
| 04/29/2019 02:27PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Order filed- Dismissed | |
| 04/15/2019 01:35PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Motion to Compel the Court to Rule on the Pleadings | |
| 09/17/2018 12:25PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Demand for Order of Release & Settlement of Case #2018-CV-4690 | |
| 08/06/2018 01:48PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Filing Entered: Category 1 Filing - Filed For D A Avery - Filed Against CM Muhammad | |
| 08/06/2018 01:48PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Common Law/ Civil Suit | |
| 03/29/2018 03:55PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Notice & Affidavit of Truth | |
| 03/01/2018 12:51PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Civil Case Created | |
| 03/01/2018 12:51PM | 85CC1-2018-CV-4690 | D A Avery vs D Ryals (et. al) | | Filing Entered: Category 1 Filing - Filed For D A Avery - Filed Against D Ryals | |

This case was filed as a direct result of the erroneous judgment entered in case #2006-C-2451 by Cheryl A. Blackburn

Sworn to before me the 12th November, 2019.

________________________, Clerk

________________________, D.C.

No responsive pleadings filed in opposition to this case. Default by forfeiture. Notice of Default was filed on 4/15/18, not listed here, but is on file.

Received on 11/18/19

D. Avery

All Rights Reserved UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing was sent via U.S. Postal Service to the Superior Court of Common Law, Republic of Ohio at 65 S. Front Street Columbus, Ohio [43215] and to the Office of the Attorney General, Republic of Tennessee at P.O. Box 20207 Nashville, Tennessee [37202] on this 30th day of November 2109 from 140 Macon Way Hartsville, Tennessee.

David A. Avery