**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

David Avery,

vs.

Case No. 2:20-cv-357

John D. Wooten, *et al.*,

**Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 26, 2020 Opinion and Order, the Report and Recommendation is ADOPTED and AFFIRMED.

Date: **May 26, 2020** **Richard Nagel, Clerk**

s/ Jennifer Kacsor

By Jennifer Kacsor/Courtroom Deputy